UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| A.D. an individual,<br><br>        Plaintiff,<br>   vs.<br><br>CAVALIER MERGERSUB LP F/K/A COREPOINT LODGING, INC.;<br>WYNDHAM HOTELS & RESORTS, INC.;<br>LA QUINTA HOLDINGS, INC.;<br>LQ MANAGEMENT L.L.C.;<br>LA QUINTA FRANCHISING LLC; and<br>CPLG WELLESLEY PROPERTIES, LLC F/K/A BRE/WELLESLEY PROPERTIES, LLC.,<br><br>        Defendant(s). | Case No.: 2:22-cv-00095-JES-NPM |

NOTICE OF RESOLUTION
OF CLAIMS  AGAINST ALL DEFENDANTS

   NOTICE IS HEREBY GIVEN that, pursuant to Local Rules of the Middle District of Florida 3.09(a), Plaintiff, A.D., hereby gives notice that all parties to the instant action have agreed to resolve the entirety of this civil action contingent upon written release and the disbursement of any settlement proceeds.

1

| | |
|---|---|
| Dated:  May 16, 2023 | **RESPECTFULLY SUBMITTED,** |
| | */s/ Hilary Wood*<br>**Hilary Wood** (Fla. Bar No. 672602)<br>**Emmie J. Paulos** (Fla. Bar No. 99010)<br>LEVIN PAPANTONIO RAFFERTY<br>316 S. Baylen St. Suite 600<br>Pensacola, Florida 32502<br>T: 850-436-6246<br>F: 850-436-6271<br>E: hwood@levinlaw.com /<br>epaulos@levinlaw.com |
| | ***Attorneys for Plaintiff*** |

2