```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

A.D., an individual,

       Plaintiff,

v.                                    Case No:  2:22-cv-95-JES-NPM

CAVALIER MERGERSUB LP, CPLG
WELLESLEY PROPERTIES, LLC,
LA QUINTA HOLDINGS, INC., LQ
MANAGEMENT L.L.C, LA QUINTA
FRANCHISING LLC, and WYNDHAM
HOTELS & RESORTS, INC.,

       Defendants.

_____

## ORDER

    This matter comes before the Court on plaintiff's Notice of Resolution of Claims Against All Defendants (Doc. #184), filed on May 16, 2023.  Plaintiff indicates that all parties have reached a settlement in the case.  The Court anticipates a stipulation for dismissal upon finalization.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY (60) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*.  After that **SIXTY (60) DAY** period, however, without further notice or order, this dismissal shall be

deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

    **DONE and ORDERED** at Fort Myers, Florida, this ___17th___ day of May 2023.

                                         _____
                                         JOHN E. STEELE
                                         SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record